UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:16-CV-80148-ROSENBERG

BYRON L. HARRIS, JR.

        Plaintiff,

vs.

CITY OF BOYNTON BEACH,
MICHAEL BROWN, MATTHEW MEDEIROS,
STEPHEN MAIORINO, RONALD RYAN,
JUSTIN HARRIS, CORY HERNY,
ALFRED MARTINEZ, and
Other unknown officers,

        Defendants.
_____/

**PLAINTIFF'S FOURTH MOTION IN LIMINE TO PRECLUDE DEFENDANTS' POLICE PRACTICES EXPERT, CHARLES JOYNER, FROM OFFERING ANY TESTIMONY OR OTHER EVIDENCE REGARDING PLAINTIFF'S §1983 *MONELL* CLAIM, AS HIS EXPERT REPORT DOES NOT INCLUDE ANY REFERENCE TO *MONELL* CLAIMS, NOR DOES HIS DEPOSITION TESTIMONY REFERENCE HIS OPINIONS ON *MONELL* IN THIS MATTER.**

COMES NOW, Plaintiff, Byron Harris, Jr., and hereby files this fourth Motion in Limine to preclude Defendants' Expert, Charles Joyner, from commenting on Plaintiff's *Monell* claims, having failed entirely to address them in his Rule 26 Report or his deposition testimony. As grounds therefore, Plaintiff states:

Under § 1983, Defendant City of Boynton Beach may be liable for constitutional violations of its officers if a municipal policy or custom is the moving force behind the violation. *See Monell v. New York City Dept. of Social Services*, 436 U.S. 658, 695 (1978). Rule 26 imposes specific disclosure requirements upon any witness "who is retained or specially employed to provide expert testimony in the case or whose duties as an employee of the party

regularly involve giving expert testimony." Fed. R. Civ. Proc. 26(a)(2)(B). Notice of the expert witness' name is not enough. Each witness must provide a written report containing "a complete statement of all opinions to be expressed and the basis and reasons therefor," as well as information about the data considered, the witness' qualifications, the compensation earned, and any other recent cases in which he or she offered testimony. *Griffith v. Gen. Motors Corp.*, 303 F.3d 1276, 1282 (11th Cir.2002) "If a party fails to provide information or identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or is harmless." Fed. R. Civ. P. 37(c)(1). As that Rule 26 Report is intended to be the complete statement of all the expert's opinions, and Mr. Joyner's report fails to mention or discuss Plaintiff's *Monell* claims, therefore, he should be precluded from offering any testimony, opinions, or commentary on Plaintiff's *Monell* claims in this matter.

WHEREFORE, Plaintiff requests this Court to prohibit the Defendants expert Charles Joyner from presenting any evidence related to Plaintiff's *Monell* claims.

### GOOD FAITH CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), the undersigned counsel certifies that they have conferred/attempted to confer with lead counsel for Defendants, Lyman Reynolds, in a good faith effort to resolve the issues raised in this motion. Undersigned counsel further certifies that Defendants' counsel objects to this Motion in Limine.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof has been furnished by CM/ECF to all parties on the attached Counsel List this 24th day of October, 2016.

**GREENSPOON MARDER, P.A.**

*Attorneys for Plaintiff, Byron L. Harris, Jr.*
145 N.W. Central Park Plaza, Suite 200
Port St. Lucie, Florida 34986
(772) 873-5901
(772) 873-3101 (fax)

*s/ Julia A. Farkas*
LINNES FINNEY, JR., ESQ.
Florida Bar No.: 353671
Email: Linnes.finney@gmlaw.com
JULIA A. FARKAS, ESQ.
Florida Bar No.: 02774
Email: Julia.farkas@gmlaw.com

## COUNSEL LIST

Lyman Reynolds, Esq.
lreynolds@rrbpa.com
service_LHR@rrbpa.com
Roberts, Reynolds, Bedard & Tuzzio, PLLC
Attorneys for Defendant City of Boynton Beach
470 Columbia Drive, Suite C101
West Palm Beach, FL 33409-1983

Michael T. Burke, Esq.
burke@jambg.com
cardona@jambg.com
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
Attorneys for Defendant Michael Brown
2455 East Sunrise Blvd., Suite 1000
Ft. Lauderdale, FL 33304

Harriet Lewis, Esq.
hlewis@lsdlaw.net
Lewis Stroud & Deutsch, PL
Attorneys for Defendant Matthew Medeiros
1900 Glades Road, Suite 251
Boca Raton, FL 33431-8548

Bruce W. Jolly, Esq.
bruce@purdylaw.com
Susie@purdylaw.com
Purdy, Jolly, Giuffreda & Barranco, P.A.
Attorneys for Defendant Stephen Maiorino
2455 East Sunrise Blvd., Suite 1216
Ft. Lauderdale, FL 33304

Robert Schwartz, Esq.
rhs@mcintoshschwartz.com
McIntosh Schwartz, PL
Attorneys for Defendant Ronald Ryan
888 SE 3rd Avenue, Suite 201
Ft. Lauderdale, FL 3316-1159

Oscar Marrero, Esq.
oem@marrerolegal.com
Marrero & Wudler
Attorneys for Defendant Justin Harris
Douglas Centre, PH-4
2600 S. Douglas Road
Coral Gables, FL 33134

Don Stephens, Esq.
dstephens@oslegal.com
Olds & Stephens, P.A.
Attorneys for Defendant Cory Herny
312 11th Street
West Palm Beach, FL 33401-3322

Robert Okon, Esq.
rokon@okonpa.com
1521 Cades Bay Ave.
Jupiter, FL 33458