UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:16-CV-80148-ROSENBERG

**BYRON L. HARRIS, JR.**

    **Plaintiff,**

vs.

**CITY OF BOYNTON BEACH,
MICHAEL BROWN, MATTHEW MEDEIROS,
STEPHEN MAIORINO, RONALD RYAN,
JUSTIN HARRIS, CORY HERNY,
ALFRED MARTINEZ, and
Other unknown officers,**

    **Defendants.**

_____/

## NOTICE OF SETTLEMENT

Interested Parties, DAVID CASALS, J. SAMANTHA VACCIANA and TRIAL LAWYERS OF THE PALM BEACHES ("TLPB") (collectively "Interested Parties"), through the undersigned counsel, file this Notice of Settlement and state:

1. On January 11, 2017 the Interested Parties agreed upon terms to resolve the Charging Lien [DE #145].

2. Once all terms are complete, which the parties anticipate will occur no later than January 18, 2017, the Interested Parties will dismiss/withdraw the Notice of Charging Lien.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 11, 2017, I electronically filed the foregoing with the Courts CM/ECF system and that a true and correct copy of the foregoing was sent via electronic mail to the following individual(s)/firm(s) identified on the Service List.

/s/ Arthur Schofield, Esq.
ARTHUR T. SCHOFIELD, P.A.
Via Jardin Building
330 Clematis Street, Suite 207
West Palm Beach, Florida 33401
(561) 655-4211
Fax: (561) 655-5447
Fla. Bar No. 984434
aschofield@flalabor.com

ATTORNEY FOR DAVID CASALS, J. SAMANTHA VACCIANA and TRIAL LAWYERS OF THE PALM BEACHES

## Service List

Linnes Finney, Jr., Esq.
Linnes.finney@gmlaw.com
Julia A. Farkas, Esq.
Julia.farkas@gmlaw.com
GREENSPOON MARDER, P.A.
145 N.W. Central Park Plaza, Suite 200
Port St. Lucie, Florida 34986

Lyman Reynolds, Esq.
lreynolds@rrbpa.com
service_LHR@rrbpa.com
bsmith@rrbpa.com
Roberts, Reynolds, Bedard & Tuzzio, PLLC
Attorneys for Defendant City of Boynton Beach
470 Columbia Drive, Suite C101
West Palm Beach, FL 33409-1983

Michael T. Burke, Esq.
burke@jambg.com
cardona@jambg.com
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
Attorneys for Defendant Michael Brown
2455 East Sunrise Blvd., Suite 1000
Ft. Lauderdale, FL 33304

Harriet Lewis, Esq.
hlewis@lsdlaw.net
Gary K. Oldehoff, Esq.
goldehoff@lsdlaw.net
jwright@lsdlaw.net
kklein@lsdlaw.net
Lewis Stroud & Deutsch, PL
Attorneys for Defendant Matthew Medeiros
1900 Glades Road, Suite 251
Boca Raton, FL 33431-8548

Bruce W. Jolly, Esq.
bruce@purdylaw.com
Susie@purdylaw.com
Purdy, Jolly, Giuffreda & Barranco, P.A.
Attorneys for Defendant Stephen Maiorino
2455 East Sunrise Blvd., Suite 1216
Ft. Lauderdale, FL 33304

Robert Schwartz, Esq.
rhs@mcintoshschwartz.com
ncorey@mcintoshschwartz.com
McIntosh Schwartz, PL
Attorneys for Defendant Ronald Ryan
888 SE 3rd Avenue, Suite 201
Ft. Lauderdale, FL 3316-1159

Oscar Marrero, Esq.
oem@marrerolegal.com
Lourdes E. Wydler, Esq.
lew@marrerolegal.com
ach@marrerolegal.com
Marrero & Wydler
Attorneys for Defendant Justin Harris
Douglas Centre, PH-4
2600 S. Douglas Road
Coral Gables, FL 33134

Tracey A. DeCarlo, Esq.
tdecarlo@cityatty.com
James A. Cherof, Esq.
jcherof@cityatty.com
cdunn@cityatty.com
smaldonado@cityatty.com
swansonl@bbfl.us
Goren, Cherof, Doody & Ezrol, P.A.
Co-Counsel for Defendant City of Boynton Beach
3099 East Commercial Blvd., Suite 200
Ft. Lauderdale, FL 33308

Don Stephens, Esq.
dstephens@oslegal.com
agagnon@oslegal.com
mlester@oslegal.com
Olds & Stephens, P.A.
Attorneys for Defendant Herny
312 11th Street
West Palm Beach, FL 33401


Robert Okon, Esq.
rokon@okonpa.com
speters@okonpa.com
Clarfield, Okon, Salomone & Pincus, P.L.
Attorneys for Defendant Martinez
500 S. Australian Ave., Suite 730
West Palm Beach, FL 33401
David Casals, Esq.
davidlawpa@gmail.com
Trial Lawyers of the Palm Beaches, LLC
301 Yamato Road, Suite 1240
Boca Raton, FL 33431