16-110/lhr/rls

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:16-CV-80148-ROSENBERG

**BYRON L. HARRIS, JR**.

    Plaintiff,

vs.

**CITY OF BOYNTON BEACH,
MICHAEL BROWN, MATTHEW MEDEIROS,
STEPHEN MAIORINO, RONALD RYAN,
JUSTIN HARRIS, CORY HERNY,
ALFRED MARTINEZ, and
Other unknown officers,**

    Defendants.
_____/

### STIPULATION FOR ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties herein that the above-styled cause can be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41, with each party bearing its own attorney's fees and costs.

WHEREFORE, Plaintiff, BYRON HARRIS, and Defendants, CITY OF BOYNTON BEACH, MICHAEL BROWN, MATTHEW MEDEIROS, STEPHEN MAIORINO, RONALD RYAN, JUSTIN HARRIS, CORY HERNY, ALFRED MARTINEZ, and OTHER UNKNOWN OFFICERS, move this Court for entry of an Order of Dismissal of Plaintiff's claims against Defendants with prejudice to the Plaintiff, each of the parties to bear their own attorney's fees and costs.  It is further agreed that the Plaintiff, BRYON HARRIS, shall satisfy any and all outstanding liens and subrogated interests, including but not limited to doctors, hospitals,

medicals, property damage, PIP, workmen's compensation, Medicare, Medicaid, Blue Cross Blue Shield and all others, out of the proceeds of the settlement herein.

**ROBERTS, REYNOLDS, BEDARD & TUZZIO, PLLC**
Counsel for Defendant City
470 Columbia Dr., Bldg. C101
West Palm Beach, FL 33409
Phone: 561-688-6560
Email: lreynolds@rrbpa.com

BY: /s/ Lyman H. Reynolds, Jr.
    LYMAN H. REYNOLDS, JR.
    FBN: 380687

**JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.**
Counsel for Defendant Brown
2455 E. Sunrise Blvd., Suite 1000
Ft. Lauderdale, FL 33304
Phone: 954-463-0100
Email: burke@jambg.com

BY: /s/ Michael T. Burke
    MICHAEL T. BURKE
    FBN: 338771

**PURDY, JOLLY, GIUFFREDA & BARRANCO, P.A.**
Counsel for Defendant Maiorino
2455 E. Sunrise Blvd., Suite 1216
Ft. Lauderdale, FL 33304
Phone: 964-462-3200
Email: bruce@purdylaw.com

BY: /s/ Bruce W. Jolly
    BRUCE W. JOLLY, ESQ.
    FBN: 203637

**GREENSPOON MARDER, P.A.**
Counsel for Plaintiff
145 NW Central Park Plaza, Suite 200
Port St. Lucie, FL 34986
Phone: 772-873-5900
Email: linnes.finney@gmlaw.com

BY: /s/ Linnes Finney, Jr.
    LINNES FINNEY, JR.
    FBN: 353671

**LEWIS STROUD & DEUTSCH, P.L.**
Counsel for Defendant Medeiros
1900 Glades Rd., Suite 251
Boca Raton, FL 33431
Phone: 561-826-2800 x-101
Email: hlewis@lsdlaw.net

BY: /s/ Harriet Lewis
    HARRIET LEWIS
    FBN: 331015

**MCINTOSH SCHWARTZ, P.L.**
Counsel for Defendant Ryan
888 SE 3rd Ave., Suite 201
Ft. Lauderdale, FL 33316
Phone: 954-556-1483
Email: rhs@mcintoshwartz.com

BY: /s/ Robert H. Schwartz
    ROBERT H. SCHWARTZ
    FBN: 301167

| | |
|---|---|
| **MARRERO & WYDLER**<br>Counsel for Defendant Harris<br>2600 S. Douglas Rd., Ph-4<br>Coral Gables, FL 33134<br>Phone: 305-446-5528<br>Email: oem@marrerolegal.com<br><br>BY: /s/ Oscar E. Marrero<br>    OSCAR E. MARRERO, ESQ.<br>    FBN: 372714 | **OLDS & STEPHENS, P.A.**<br>Counsel for Defendant Herny<br>312 11th St.<br>West Palm Beach, FL 33401<br>Phone: 561-832-6814<br>Email: dstephens@oslegal.com<br><br>BY: /s/ Don Stephens<br>    DON STEPHENS<br>    FBN: 604208 |
| **ROBERT C. OKON, P.A.**<br>Counsel for Defendant Martinez<br>1521 Cades Bay Ave.<br>Jupiter, FL 33458<br>Phone: 561-203-2181<br>Email: rokon@okonpa.com<br><br>BY: /s/ Robert Okon<br>    ROBERT OKON, ESQ.<br>    FBN: 513873 | **GOREN, CHEROF, DOODY<br>& EZROL, P.A.**<br>Co-Counsel for Defendant City<br>3099 E. Commercial Blvd., Suite 200<br>Ft. Lauderdale, FL 33308<br>Phone: 954-771-4500<br>Email: tedcarlo@cityatty.com<br><br>BY: /s/ Tracey DeCarlo<br>    TRACEY DECARLO<br>    FBN: 60259 |