UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:16-CV-80148-ROSENBERG/BRANNON

BYRON L. HARRIS, JR.,

    Plaintiff,

v.

CITY OF BOYNTON BEACH *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Stipulation for Order of Dismissal of Plaintiff's Claims [DE 156]. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE** to the Plaintiff, with each of the parties to bear their own attorney's fees and costs, and the Plaintiff shall satisfy all liens and subrogated interest, including but not limited to doctors, hospitals, medicals, property damage, PIP, workmen's compensation, Medicare, Medicaid, Blue Cross Blue Shield and all others, out of the proceeds of the settlement herein.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 13th day of January, 2017.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record